UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                                            Case No. 07-CV-12269
vs.                                                    HON. GEORGE CARAM STEEH

BANK OF AMERICA ACCOUNT
NUMBER XXXXXXXX6055 IN THE NAME
OF LATEST TECHNOLOGY INTERNATIONAL
VALUED AT THREE HUNDRED FIFTY FOUR
THOUSAND ONE HUNDRED FORTY FOUR
DOLLARS AND FORTY FOUR CENTS
($354,144.44) IN U.S. CURRENCY,

        Defendant *in Rem*.

_____/

<u>ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR CLARIFICATION (# 26)</u>

Claimant Hadiza Wada filed a motion on February 4, 2010, dated February 1, 2010, seeking clarification as to how the court will proceed following the decision in <u>United States v. Bank of America Account Number XXXXXXXX6055</u>, No. 08-1675 (6th Cir. Nov. 24, 2009).  The mandate issued on January 20, 2010, vesting jurisdiction in this court on remand.  On February 1, 2010, this court issued an Order reopening this case and setting an evidentiary hearing for April 22, 2010.  The Order was mailed to Wada at 4705 Rocky Spring Lane, Bowie, Maryland, 20715, on February 1, 2010.  The February 1, 2010 Order speaks for itself, and notifies Wada as to how this matter will proceed on remand.  The court attaches a copy of the February 1, 2010 Order to the instant Order.  Accordingly,

Wada's motion for clarification is hereby DENIED as MOOT.

SO ORDERED.

Dated: February 4, 2010

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
February 4, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk

---