UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

        Case No. 07-CV-12269
        HON. GEORGE CARAM STEEH

BANK OF AMERICA ACCOUNT
NUMBER XXXXXXXX6055 IN THE NAME
OF LATEST TECHNOLOGY INTERNATIONAL
VALUED AT THREE HUNDRED FIFTY FOUR
THOUSAND ONE HUNDRED FORTY FOUR
DOLLARS AND FORTY FOUR CENTS
($354,144.44) IN U.S. CURRENCY,

        Defendant *in Rem*.

_____/

ORDER GRANTING GOVERNMENT'S MOTION (# 28)
FOR EXTENSION OF TIME TO FILE BRIEF ON OR BEFORE
MARCH 4, 2010, EXTENDING TIME FOR
CLAIMANT WADA TO FILE RESPONSE BRIEF
ON OR BEFORE MARCH 29, 2010,
AND REAFFIRMING APRIL 22, 2010 HEARING AT 2:00 P.M.

On February 1, 2010, this court issued an Order requiring the Government to file a brief not exceeding 20 pages, and supporting documentation, on or before February 25, 2010, addressing: (1) when in fact the USSS received Wada's administrative claim; (2) when as a matter of law Wada's claim was considered filed with the USSS for purposes of 18 U.S.C. § 983(c)(3)(A); (3) if applicable, whether cause exists for excusing an untimely filing of this lawsuit; and (4) the extent to which Rules C and G of the Supplemental Rules apply to this lawsuit. The Court also ordered claimant Hadiza Wada to file a responsive

brief not exceeding 20 pages, and supporting documentation, on or before March 22, 2010. The Government now moves for a one-week extension to file its brief.

This court may extend the time for filing, on good cause shown, with or without motion. Fed. R. Civ. P. 6(b)(1)(A). The Government has shown good cause for granting a one-week extension. Accordingly,

IT IS ORDERED that the Government SHALL file its brief on or before March 4, 2010. Claimant Wada shall likewise be granted a one-week extension, and SHALL file her responsive brief on or before March 29, 2010.

IT IS AGAIN ORDERED that the parties SHALL appear before this court on **THURSDAY, APRIL 22, 2010 @ 2:00 P.M., PROMPTLY**, in Courtroom 236, Theodore Levin U.S. Courthouse and Federal Building, 231 W. Lafayette, Detroit, Michigan, 48226 for an evidentiary hearing on the matter. Attendance is mandatory. Wada's failure to appear at the evidentiary hearing will result in entry of default judgement/order of forfeiture against Wada for failure to cooperate.

SO ORDERED.

Dated: February 23, 2010

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 23, 2010, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk